RECEIVED

SEP 1 5 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ANDRES M. LANDOR | CIVIL ACTION NO.: 13-2759 |
| VERSUS | JUDGE DOHERTY |
| SOCIETY OF THE ROMAN CATHOLIC CHURCH OF THE DIOCESE OF LAFAYETTE, ET AL. | MAGISTRATE JUDGE HILL |

## ORDER

For the reasons stated in the Memorandum Ruling dated September 15, 2014, and for the additional reasons set forth in the well-reasoned Report and Recommendation of the magistrate judge [Doc. 67],

IT IS ORDERED that the following motions are GRANTED: (1) Motion to Dismiss filed by defendants, Society of the Roman Catholic Church of the Diocese of Lafayette (the "Diocese"), Teurlings Catholic High School, Inc. ("Teurlings"), Michael Boyer ("Boyer"), Robert Baudier ("Baudier"), and Tiffany Dugas ("Dugas"), on November 26, 2013 [Doc. 7]; (2) Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) filed by defendants, Detective Stephen Bajat ("Bajat") and Lafayette City-Parish Consolidated Government ("LCG")1, on November 27, 2013 [Doc. 8]; (3) Rule 12(b)(6) Motion to Dismiss filed by defendant, Elizabeth Menard ("Menard"), on December 13, 2013 [Doc. 18]; (4) 12(b)(6) Motion to Dismiss First Amended Complaint filed by the Diocese, Teurlings, Boyer, Baudier, and Dugas on January 7, 2014 [Doc. 35]; (5) Motion to Dismiss First Amended Complaint Pursuant to F.R.C.P. 12(b)(6) filed by Bajat and LCG on January 13, 2014 [Doc. 43]; and (7) Motion to Dismiss Supplemental Complaints Pursuant to F.R.C.P. Rule 12(b)(6) filed by LCG,

Bajat, and Craft on April 10, 2014 [Doc. 61]. Considering the foregoing, all federal claims filed by the plaintiffs against the defendants are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the "Motion to Strike Second Supplemental Complaint Paragraphs 71 and 73 filed by Bajat, LCG, and Chief of Police James "Jim" Craft [Doc. 60] is DISMISSED AS MOOT.

IT IS FURTHER ORDERED that the Motion for Leave to File a Motion to Strike [Doc. 73] is GRANTED, however, the Motion to Strike is DENIED AS MOOT.

IT IS FURTHER ORDERED that the plaintiffs' state tort law claims under LA. CIV. CODE articles 2315, 2316 and 2320 are DISMISSED WITHOUT PREJUDICE,.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 15th day of September, 2014

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE